UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA T. HONORE** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 12-305 |
| **ST. THOMAS COMMUNITY HEALTH CENTER, INC., et al.** | * | SECTION " " |
| | * | MAGISTRATE |

\* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

The United States of America, on behalf of Federal Defendants, the St. Thomas Community Health Center and any and all employees of the St. Thomas Community Health Center (in their official capacity), represented by the undersigned Assistant United States Attorney, removes this action from state court to federal district court. As grounds for removal it is respectfully represented:

I.

A Federal entity and possibly federal employees have been made defendants in the above-captioned civil action now pending in the Civil District Court, Parish of Orleans, State of Louisiana, No.11-12852, Division L, Section 6.

- 1 -

**II.**

This case may be removed from the Civil District Court for the Parish of Orleans to this Honorable Court because it is an action against employees of the United States or agencies thereof for acts under color of such office. The St. Thomas Community Health Center, by operation of the Federally Supported Health Centers Assistance Act ("FSHCAA" or "the Act")(42 U.S.C. § 233(g)-(n)), is covered by the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b), 2401(b), 2671-80 for the period beginning September 2, 2010 and continuing to date. Further, it is an action of which the district courts of the United States would have original jurisdiction. Accordingly, removal is proper pursuant to 28 U.S. C. § 1441(a) and 28 U.S.C. § 1442.

**III.**

A copy of all pleadings received by Federal defendant(s) is attached to this Notice.

**IV.**

This action now pending in the Civil District Court, Parish of Orleans, State of Louisiana, is properly removed to this Court pursuant to 28 U.S. C. § 1441(a) and 28 U.S.C. § 1442.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

  s/ Sunni J. LeBeouf
**SUNNI J. LeBEOUF**
Assistant United States Attorney
LA Bar Roll No. 28633
650 Poydras Street, 16th floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3061

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 1, 2012**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: n/a . I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: Sheila T. Honore, through her Attorney of Record, Allan Berger & Associates, P.L.C., 4173 Canal Street, New Orleans, LA 70119         .

                                        *s/ Sunni J. LeBeouf*
                                        **SUNNI J. LeBEOUF**
                                        Assistant U.S. Attorney