UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHEILA T. HONORE                                             CIVIL ACTION

VERSUS                                                       NO: 12-1407

ST. THOMAS COMMUNITY HEALTH                                  SECTION: "A" (1)
CENTER, et al.

## ORDER

The Court having reviewed the **Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 16)** filed by Defendant, the United States of America, in which Defendant asserts that Plaintiff has failed to exhaust her administrative remedies prior to filing suit as required under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 - 2680, and having received no opposition to this motion,

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 16)** is **GRANTED**;

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

November 8, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE