UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHEILA T. HONORE      CIVIL ACTION

VERSUS      NO: 12-1407

ST. THOMAS COMMUNITY HEALTH CENTER, et al.      SECTION: "A" (1)

# ORDER

The Court having reviewed the **Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 16)** filed by Defendant, the United States of America, in which Defendant asserts that Plaintiff has failed to exhaust her administrative remedies prior to filing suit as required under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 - 2680, and having received no opposition to this motion,

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 16)** is **GRANTED**;

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

November 8, 2012

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE