UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHEILA T. HONORE | CIVIL ACTION |
| VERSUS | NO: 12-1407 |
| ST. THOMAS COMMUNITY HEALTH CENTER, INC., et al | SECTION: A/1 |

## JUDGMENT

For the written reasons of the Court issued November 8, 2012 and filed herein, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, United States of America, Louisiana Department of Health and Hospitals and Louisiana State through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College and Louisiana State University School of Public Health, and against plaintiff Sheila T. Honore.

New Orleans, Louisiana, this 13th day of November 2012.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE